433 F.2d 986
 DOMINICA MINING COMPANY, Ltd., Plaintiff-Appellant,
v.
PORT EVERGLADES TOWING COMPANY, Ltd., etc., Defendant-Appellee.
 No. 29266.
 United States Court of Appeals, Fifth Circuit.
 October 20, 1970.
 
 Appeal from the United States District Court for the Southern District of Florida, Emett C. Choate, Senior District Judge; 318 F.Supp. 500.
 Raymond T. Greene, Miami, Fla., for plaintiff-appellant.
 William C. Norwood, Miami, Fla., for defendant-appellee.
 Before BELL, THORNBERRY, and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966